**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire corporation, | Case No.: 2:25-cv-00214-JLR |
| Plaintiff, | |
| v. | **PLAINTIFF RSUI INDEMNITY COMPANY'S STATUS REPORT** |
| COMWELL COMPANY, a Washington profit corporation doing business as MCDONALD'S; and OKYEREMAH NYANNOR, an individual, | |
| Defendants. | |

**<u>PLAINTIFF RSUI INDEMNITY COMPANY'S STATUS REPORT</u>**

Pursuant to the Court's Order dated July 22, 2025 (Dkt. 6), Plaintiff RSUI Indemnity Company ("Plaintiff"), by and through its undersigned counsel, respectfully submits the following status report.

The underlying litigation that forms the basis of this declaratory judgment action—a class action styled *Okyeremah Nyannor v. Comwell Company, et al.*, King County Superior Court Cause No. 24-2-20013-4 SEA ("Underlying Litigation") has reached final resolution. On July 25, 2025, the Honorable Haydee Vargas of the King County Superior Court held a Final Approval Hearing and entered a Final Order and Judgment Approving Class Action Settlement, granting final approval of all terms of the agreement and ordering dismissal of the action with prejudice. A

PLAINTIFF RSUI INDEMNITY COMPANY'S STATUS REPORT
Case No. 2:25-cv-00214-JLR
Page 1

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42ND FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

true and correct copy of the Final Order and Judgment Approving Class Action Settlement is attached as **Exhibit A**.

Following the final approval and entry of judgment in the Underlying Litigation, the parties to this declaratory judgment action have agreed to dismiss the instant matter. Plaintiff anticipates filing a dismissal with prejudice this week, thereby resolving all remaining issues before this Court.

For the foregoing reasons, Plaintiff respectfully requests that the Court take no further action at this time and allow the parties a brief period to finalize and file a dismissal with prejudice.

Dated: August 25, 2025                    **FREEMAN MATHIS & GARY, LLP**

By: _____
Galina Kletser Jakobson, WSBA #49501
*Attorney for Plaintiff RSUI Indemnity Company*

PLAINTIFF RSUI INDEMNITY COMPANY'S STATUS REPORT
Case No. 2:25-cv-00214-JLR
Page 2

**FREEMAN MATHIS & GARY, LLP**
**701 FIFTH AVE., 42ND FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**