THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RSUI INDEMNITY COMPANY, a New Hampshire corporation, <br><br> Plaintiff, <br><br> v. <br><br> COMWELL COMPANY, a Washington profit corporation doing business as MCDONALD'S; and OKYEREMAH NYANNOR, an individual, <br><br> Defendants. | Case No.: 2:25-cv-00214-JLR <br><br> **PLAINTIFF RSUI INDEMNITY COMPANY'S NOTICE OF DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff RSUI Indemnity Company, by and through its undersigned counsel of record, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), hereby dismisses this action, with prejudice.

Dated: August 28, 2025

**FREEMAN MATHIS & GARY, LLP**

By: _____
Galina Kletser Jakobson, WSBA #49501
*Attorney for Plaintiff RSUI Indemnity Company*

PLAINTIFF RSUI INDEMNITY COMPANY'S NOTICE OF
DISMISSAL WITH PREJUDICE
Case No. 2:25-cv-00214
Page 1

**FREEMAN MATHIS & GARY, LLC**
**701 FIFTH AVE., 42ND FLOOR**
**SEATTLE, WA 98104**
**925-466-2500**

10982274